UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

---------------------------------------------------------------------------x

Fabienne Edouard, individually and on behalf of all others similarly situated

Civil Action No:
0:20-cv-62635

Plaintiff,

-v.-

Convergent Outsourcing, Inc., and John Does 1-25.

Defendant.

---------------------------------------------------------------------------x

**NOTICE OF SETTLEMENT**

Notice is hereby given that the parties have settled this matter. The parties anticipate completing settlement documents and filing a dismissal with the Court within the next sixty (60) days. The parties request that the Court retain jurisdiction of these parties during said sixty (60) day period.

DATED, this 29th day of December, 2020

*/s/Justin Zeig*
Justin Zeig, Esq.
**Zeig Law Firm, LLP**
3475 Sheridan Street, Suite 310
Hollywood, FL 33021
Ph: 754-217-3084
justin@zeiglawfirm.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on December 29, 2020 with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Justin Zeig*
Justin Zeig, Esq.