UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CIV-62635-RAR

**FABIENNE EDOURAD,**
*individually and on behalf of all others similarly situated*,

      Plaintiff,

v.

**CONVERGENT OUTSOURCING, INC.,** *et al.*,

      Defendants.
_____/

## ORDER OF DISMISSAL

**THIS CAUSE** comes before the Court upon *sua sponte* review of the docket. On March 8, 2021, the Court entered an Order Requiring Stipulation of Dismissal [ECF No. 6] ("Order"), which instructed the parties to file their stipulation of dismissal on or before March 31, 2021. The Order notified the parties that a failure to file their stipulation of dismissal by March 31, 2021 or request additional time would result in dismissal without further notice.

To date, the parties have not filed a stipulation of dismissal, nor requested additional time to do so. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that this case is **DISMISSED**.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 9th day of April, 2021.

                                              **RODOLFO A. RUIZ II**
                                              **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record